**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

IN RE:

STAY OF CIVIL PROCEEDINGS IN THE
UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
IN LIGHT OF LAPSE OF
APPROPRIATIONS

Re: Administrative Order No. 2025-01

## ADMINISTRATIVE ORDER STAYING CIVIL PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

On November 12, 2025, Congress passed, and the President signed, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026,  a continuing resolution restoring funding through January 30, 2026, to the U.S. Department of Justice and the other federal agencies that experienced a lapse in appropriations beginning at midnight on October 1, 2025.

On October 6, 2025, the Court entered an Administrative Order staying certain civil cases involving the United States due to the lapse in appropriations which stayed:

> Any and all civil cases (excluding civil immigration habeas matters) pending in the District Court of the Middle District of Georgia in which the United States, any of its federal agencies, or any of its officers and/or employees is a named party, including any such

> matter pending before a Magistrate Judge, . . . until Congress has restored appropriations to the Department of Justice and the subject client agency or agencies, or enacted another continuing resolution, restoring funds to the Department and the subject client agency or agencies.

Admin. Order No. 2025-01.

In light of the restoration of funding to U.S. Department of Justice and all of its client agencies, it is **ORDERED** that Administrative Order No. 2025-01 is hereby lifted and all civil cases previously stayed by Administrative Order No. 2025-01 are immediately reactivated.

It is **FURTHER ORDERED** that, with respect to all previously stayed civil cases, all deadlines in place as of November 12, 2025, are effectively extended by forty-three (43) days.

It is **FURTHER ORDERED** that, with respect to all previously stayed civil cases in which the Court has entered a scheduling and discovery order, the parties shall file within fourteen (14) days of this Order a joint proposed amended scheduling and discovery order, proposing new dates for all deadlines affected by the lapse in appropriations.

**SO ORDERED** this 13th day of November, 2025.

LESLIE ABRAMS GARDNER
CHIEF JUDGE