IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL JAMES WALTON ,                         *

             Plaintiff,                        *

v.                                             Case No. 5:23-cv-00355-CAR

                                      *

TROY MEINK, Secretary of the United States
Air Force,                                     *

             Defendant.                       *

---

## **J U D G M E N T**

Pursuant to this Court's Order dated February 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

    This 18th day of February, 2026.

                                   David W. Bunt, Clerk

                                   s/ Raven K. Alston, Deputy Clerk